■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEY ABNEY, Appellant. [704 NYS2d 873] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 13, 1991 (*People v Abney,* 173 AD2d 545), affirming a judgment of the County Court, Suffolk County, rendered March 30, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., S. Miller, McGinity and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARFIELD ALLEN, Appellant. [704 NYS2d 876] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 25, 1991 (*People v Allen,* 177 AD2d 700), affirming a judgment of the Supreme Court, Kings County, rendered March 21, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, S. Miller and Goldstein, JJ., concur.